NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SAHA THAI STEEL PIPE (PUBLIC) COMPANY LTD.,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee,*

and

**ALLIED TUBE AND CONDUIT CORP. and WHEATLAND TUBE COMPANY,**
*Defendants-Cross Appellants.*

---

2010-1220, -1244

---

Appeals from the United States Court of International Trade in consolidated case nos. 08-CV-0380 and 08-CV-0392, Senior Judge R. Kenton Musgrave.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the United States' unopposed motion to amend the briefing schedule,

IT IS ORDERED THAT:

The motion is granted. The United States shall file its response brief no later than July 20, 2010. Saha Thai Steel Pipe (Public) Company Ltd. and Allied Tube and Conduit Corp. et al. shall file their reply briefs no later than August 3, 2010.

FOR THE COURT

**MAY 2 5 2010**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Kristina Medic, Esq.
    Jane C. Dempsey, Esq.
    Roger B. Schagrin, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**MAY 2 5 2010**

**JAN HORBALY**
**CLERK**